1  GREGORY P. STONE (State Bar No. 78329)
   JEREMY K. BEECHER (State Bar No. 301272)
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
4  Facsimile:   (213) 687-3702

5  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, Twenty-Seventh Floor
   San Francisco, California 94105
7  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
8
   Attorneys for Plaintiff Intel Corporation
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-03061-MCE-AC<br><br>**INTEL CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Filed Concurrently with Memorandum in Support, Declarations of Michael Hanada, Kiran Pangal, Kacey Kranich and Carolyn H. Luedtke, and [Proposed] Order<br><br>Judge:　Hon. Morrison C. England, Jr.<br>Date:　January 24, 2019<br>Time:　2:00 p.m.<br>Crtrm.:　7<br><br>Trial Date:  None Set<br>Action Filed:  November 27, 2018 |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

　　　　　PLEASE TAKE NOTICE that on January 24, 2019, at 2:00 p.m., or as soon thereafter as the matter can be heard by the above-entitled Court located at 501 I Street, Sacramento, CA 95814, in Courtroom 7, Plaintiff Intel Corporation will and hereby does move the

1  Court to preliminary enjoin Defendant Doyle Rivers (1) from possessing, using or disclosing any
2  confidential, proprietary, or trade secret Intel documents related to 3D XPoint or Intel's Optane™
3  branded products, including about Intel personnel working on those products, that he acquired
4  while working for Intel and that contain information Intel has not disclosed outside of Intel except
5  under a nondisclosure agreement protecting its confidentiality, and (2) to return to Intel within
6  three business days all confidential, proprietary or trade secret Intel documents related to 3D
7  XPoint or Intel's Optane™ branded products, including about Intel personnel working on those
8  products, that he acquired while working for Intel and that contain information Intel has not
9  disclosed outside of Intel except under a nondisclosure agreement protecting its confidentiality.

10       This Motion is based upon this Notice of Motion, on the Memorandum of Points
11  and Authorities in support of this Motion filed herewith, on the Declarations of Michael Hanada,
12  Kiran Pangal, Kacey Kranich, and Carolyn H. Luedtke and exhibits attached thereto, on the papers
13  and pleadings on file herein, and on such oral and documentary evidence as may be presented to
14  the Court at the time of the hearing of the Motion or otherwise.

16  DATED:  December 18, 2018      MUNGER, TOLLES & OLSON LLP

18        By:   */s/ Carolyn Hoecker Luedtke*
19          CAROLYN HOECKER LUEDTKE
        Attorneys for Plaintiff Intel Corporation

PROOF OF SERVICE

**Intel Corporation v. Doyle Rivers, et al.**
**2:18-cv-03061**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On December 18, 2018, I served true copies of the following document(s) described as

**Intel Corporation's Motion for Preliminary Injunction; Memorandum of Points and Authorities In Support of Motion; Declarations of: Luedtke, Kranich, Pangal and Hanada In Support of Motion; Proposed Order**

on the interested parties in this action as follows:

Bahram Seyedin-Noor
Daniel Sakaguchi
Alto Litigation PC
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 779-2586


Attorneys for Defendant Doyle Rivers

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 18, 2018, at San Francisco, California.

*/s/ Erika R. Eberline*
Erika R. Eberline