ALTO LITIGATION, PC
  Bahram Seyedin-Noor (Bar No. 203244)
  bahram@altolit.com
  Daniel Sakaguchi (Bar No. 222722)
  daniel@altolit.com
  Bryan Ketroser (Bar No. 239105)
  bryan@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Defendant Doyle Rivers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-03061-MCE-AC<br><br>**DECLARATION OF DOYLE RIVERS IN SUPPORT OF OPPOSITION TO AND CROSS-MOTION FOR PROTECTIVE ORDER AGAINST EX PARTE APPLICATION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**<br><br>Action Filed: November 27, 2018<br><br>Judge: Hon. Morrison C. England<br><br>Trial Date: None |

I, Doyle Rivers, declare as follows:

1. I am a party to this action and if called as a witness, I could and would testify competently to the matters set forth herein.

2. In 2006, Micron Technology, Inc. ("Micron") and Intel Corporation ("Intel") began a joint venture to develop NAND flash memory technology.

3. Since 2012 Micron and Intel have had a second joint venture to develop a memory technology known as 3D XPoint, and to jointly develop 3D XPoint chip components.

4. The Micron-Intel joint ventures are commonly referred to as the Joint Development Program, or JDP.

5. The JDP's final jointly developed component is scheduled to be qualified in the summer of 2019 and will end thereafter.

6. Both Micron and Intel develop their own commercial products that incorporate the jointly developed components.

7. Both Intel and Micron are currently building separate teams to continue their work independently when the JDP ends.

8. I began my career at Micron in 2001, and my work included the joint development of NAND flash technology. In 2010, I took a job at Intel, where my work eventually included the joint development of 3D XPoint.

9. On or about September 4, 2018, I informed my immediate supervisor at Intel, Dave Dixon, that I was interviewing with Micron, that my final interview was September 7, 2018, and that I would let him know whether I would be going to Micron on September 10, 2018.

10. In anticipation of my potential departure, I prepared a file that I used to compile a recipient mailing list for the farewell email that I would send.

11. Specifically, I used a web interface to download relevant organizational structure documents that contained the names of individuals I wanted to send the farewell email to, including a spreadsheet listing my former team members, and saved them to the downloads folder on my Intel laptop.

12. Then, using the Intel laptop, I created a single aggregated file into which I inserted a column that included an "X" mark to indicate the recipients of the farewell email, then filtered the subset, in order to copy the addresses into the farewell email.

13. I was concerned, however, that upon giving notice of my departure from Intel, I might be deprived of email access immediately, which would prevent me from sending the farewell email from my Intel email account. Therefore, I kept a copy of the list, in case I needed to send the farewell email from a personal email account.

14. Thus, in addition to saving the single aggregated file to my Intel laptop, I also placed a copy of it and the spreadsheet containing my former team members on a USB drive on September 9, 2018.

15. On September 10, 2018, I received an offer letter from Micron and accepted, and gave notice to Intel that I would be going to Micron.

16. As I retained email access after giving notice, I was able to use the spreadsheet saved locally on my Intel laptop to send the farewell email on September 10, 2018 also.

17. The single aggregated file/spreadsheet on my Intel computer corresponds with the email sent from my Intel email account on September 10, 2018.

18. I subsequently used my personal computer at home to delete the single aggregated file/spreadsheet and the spreadsheet containing my former team members.

19. I have never saved the single aggregated file/spreadsheet or the spreadsheet containing my former team members to my personal computer at home.

20. I have never shared the single aggregated files/spreadsheet or the spreadsheet containing my former team members with anyone at Micron.

21. I have not used, nor do I intend to use the single aggregated files/spreadsheet or the spreadsheet containing my former team members for any purpose, apart from creating the recipient list for the September 10, 2018 farewell email.

//

//

22. Also on September 9, 2018, I saved files containing 110 Perl scripts to the USB drive.

23. These 110 Perl scripts date back to the time period approximately 2006-2008 and contain software code that I wrote as an employee of Micron, to test and characterize NAND memory components as part of the Micron-Intel NAND JDP.

24. I have saved the 110 Perl scripts, which have sentimental value, but no practical use outside of the development environment, to my personal computer at home.

25. I have never uploaded any files from my Intel laptop, including the single aggregated files/spreadsheet, the spreadsheet containing my former team members or the 110 Perl scripts, to any Micron computers.

26. Through my attorneys, I have arranged for a forensic image of my personal home computer to be made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December___, 2018 at Folsom, California.

_____
Doyle Rivers