ALTO LITIGATION, PC
  Bahram Seyedin-Noor (Bar No. 203244)
  bahram@altolit.com
  Daniel Sakaguchi (Bar No. 222722)
  daniel@altolit.com
  Bryan Ketroser (Bar No. 239105)
  bryan@altolit.com
  Gabriel A. Peixoto (Bar No. 306758)
  gabriel@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Defendant Doyle Rivers

GREGORY P. STONE (State Bar No. 78329)
Gregory.Stone@mto.com
JEREMY K. BEECHER (State Bar No. 301272)
Jeremy.Beecher@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone: ( 415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:18-cv-03061-MCE-AC<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Action Filed: November 27, 2018<br><br>Judge: Hon. Morrison C. England<br><br>Trial Date: None |

Plaintiff Intel Corporation ("Intel") and Defendant Doyle Rivers ("Rivers") jointly submit this Stipulation and Proposed Order extending Defendant's deadline to respond to Plaintiff's Complaint.

WHEREAS, on November 27, 2018, Intel filed a Complaint against Defendant and forwarded the Complaint to Defendant's counsel, requesting that counsel accept service;

WHEREAS, counsel for Defendant agreed to accept service on his behalf on November 28, 2019;

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to, and ask the Court to approve, the following:

1. Defendant shall respond to the Complaint no later than January 4, 2019.

IT IS SO STIPULATED.

Dated: December 17, 2018        MUNGER, TOLLES & OLSEN LLP

By: /s/ Carolyn Hoecker Luedtke (as authorized on December 14, 2018)
    Carolyn Hoecker Luedtke

Attorneys for Plaintiff Intel Corporation

Dated: December 17, 2018        ALTO LITIGATION, PC

By: /s/ Daniel Sakaguchi
    Daniel Sakaguchi

**ORDER**

IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE