ALTO LITIGATION, PC
Bahram Seyedin-Noor (Bar No. 203244)
bahram@altolit.com
Daniel Sakaguchi (Bar No. 222722)
daniel@altolit.com
Bryan Ketroser (Bar No. 239105)
bryan@altolit.com
Gabriel A. Peixoto (Bar No. 306758)
gabriel@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Defendant Doyle Rivers

GREGORY P. STONE (State Bar No. 78329)
Gregory.Stone@mto.com
JEREMY K. BEECHER (State Bar No. 301272)
Jeremy.Beecher@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone: ( 415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-03061-MCE-AC<br><br>**JOINT STIPULATION AND ORDER REGARDING TIME TO FILE OPPOSITION TO EX PARTE APPLICATION**<br><br>Action Filed: November 27, 2018<br><br>Judge: Hon. Morrison C. England<br><br>Trial Date: None |

WHEREAS, on December 18, 2018, Plaintiff Intel Corporation filed an Ex Parte Application for Leave to Conduct Expedited Discovery ("Ex Parte Application");

WHEREAS, Defendant Doyle Rivers requests leave to file its Opposition to the Ex Parte Application by December 27, 2018, and Intel does not object to that date.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to, and ask the Court to approve, the following:

1. Defendant shall file its Opposition to the Ex Parte Application by December 27, 2018.

IT IS SO STIPULATED.

Dated: December 20, 2018　　　　　　　　　　MUNGER, TOLLES & OLSEN LLP

By: /s/ Carolyn Hoecker Luedtke (as authorized on December 20, 2018)
Carolyn Hoecker Luedtke

Attorneys for Plaintiff Intel Corporation

Dated: December 20, 2018　　　　　　　　　　ALTO LITIGATION, PC

By: /s/ Daniel Sakaguchi
Daniel Sakaguchi

Attorneys for Defendant Doyle Rivers

**ORDER**

IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE