UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-03061-MCE-AC<br><br>**ORDER DENYING INTEL CORPORATION'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY**<br><br>Judge:　Hon. Morrison C. England, Jr.<br>Date:<br>Time:<br>Crtrm.:　26 |

The Court has considered Plaintiff Intel Corporation's Ex Parte Application for Expedited Discovery, the oppositions and reply thereto, and the evidence in the record in its entirety. Given that Defendant terminated his employment with Intel several months ago and discovery is set to commence in just a few weeks anyway, good cause has not been shown to rush proceedings now. Defendant had the information and resources to initiate this action sooner if they believed they were at risk of suffering immediate irreparable harm. Moreover, given that Defendant is now represented by counsel who has preserved a forensic image of Defendant's home computer, it appears there is no credible risk of further evidence destruction. Nor has there been a showing made that there is any likelihood that Defendant or his new employer are or will use any of Intel's proprietary information. Accordingly, Intel's Ex Parte Application (ECF No. 9) is DENIED. Non-party Micron Technology, Inc.'s cross-motion for a protective order (ECF No. 14) is denied without prejudice as moot and may be re-noticed before the magistrate judge as such time it becomes appropriate.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE