GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
JEREMY K. BEECHER (State Bar No. 301272)
Jeremy.beecher@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff Intel Corporation

ALTO LITIGATION, PC
  Bahram Seyedin-Noor (Bar No. 203244)
  bahram@altolit.com
  Daniel Sakaguchi (Bar No. 222722)
  daniel@altolit.com
  Bryan Ketroser (Bar No. 239105)
  bryan@altolit.com
  Monica Mucchetti Eno (Bar No. 164107)
  monica@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Defendant Doyle Rivers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-03061-MCE-AC<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER THROUGH MARCH 1, 2019**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Crtrm.: 7 |

1 **ORDER**

2 The Court has read and considered the parties' Joint Report dated February 21, 2019. In it,
3 the parties report that the inspection of Defendant Doyle Rivers' personal computer and printers
4 pursuant to the Court's Temporary Restraining Order and Inspection Order (ECF No. 36) is not
5 yet complete. The Court understands that the parties stipulate and agree that the Court's
6 Temporary Restraining Order (ECF No. 36) shall remain in effect through March 1, 2019, to
7 permit the inspection to be completed and the parties to confer regarding its results. The Court
8 understands that the parties further agree to submit to the Court a Joint Report on that date
9 regarding the status of the inspection and whether a preliminary injunction should issue.

10 In light of the parties' Joint Report and stipulation to extend the Temporary Restraining
11 Order, and good cause appearing therefor,

12 **IT IS ORDERED** that the Temporary Restraining Order against Defendant Doyle Rivers
13 (ECF No. 36) is **EXTENDED** through March 1, 2019 pursuant to the parties' stipulation;

14 **IT IS FURTHER ORDERED** that the parties shall submit a Joint Report no later than
15 March 1, 2019, regarding (1) the status of the inspection and (2) the parties' positions on the need
16 for a preliminary injunction.

17 IT IS SO ORDERED.

18 Dated: February 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE