1 GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
2 JEREMY K. BEECHER (State Bar No. 301272)
Jeremy.beecher@mto.com
3 MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
4 Los Angeles, California 90071-3426
Telephone: (213) 683-9100
5 Facsimile: (213) 687-3702

6 CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
7 MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
8 San Francisco, California 94105
Telephone: (415) 512-4000
9 Facsimile: (415) 512-4077

10 Attorneys for Plaintiff Intel Corporation

11 ALTO LITIGATION, PC
  Bahram Seyedin-Noor (Bar No. 203244)
12  bahram@altolit.com
  Daniel Sakaguchi (Bar No. 222722)
13  daniel@altolit.com
  Bryan Ketroser (Bar No. 239105)
14  bryan@altolit.com
  Monica Mucchetti Eno (Bar No. 164107)
15  monica@altolit.com
4 Embarcadero Center, Suite 1400
16 San Francisco, CA 94111
Telephone: (415) 779-2586
17 Facsimile: (866) 654-7207

18 Attorneys for Defendant Doyle Rivers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION, | Case No. 2:18-cv-03061-MCE-AC |
| Plaintiff, | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER THROUGH MARCH 11, 2019** |
| vs. | |
| DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive, | Judge: Hon. Morrison C. England, Jr.<br>Crtrm.: 7 |
| Defendants. | |

# ORDER

The Court has read and considered the parties' Joint Report dated March 1, 2019. In it, the parties report that the inspection of Defendant Doyle Rivers' personal computer and printers pursuant to the Court's Temporary Restraining Order and Inspection Order (ECF No. 36) is not yet complete. The parties stipulated and agreed to extend the Court's Temporary Restraining Order (ECF No. 26) to March 1, 2019 and the Court entered that extension on February 26, 2019 (ECF No. 39). The Court understands that the parties further stipulate and agree that the Court's Temporary Restraining Order (ECF No. 36 and 39) shall remain in effect through March 11, 2019, to permit the ongoing inspection to be completed and the parties to confer regarding its results. The Court understands that the parties further agree to submit to the Court a Joint Report on that date regarding the status of the inspection and whether a preliminary injunction should issue.

In light of the parties' Joint Report and stipulation to extend the Temporary Restraining Order, and good cause appearing therefor, it is hereby ordered that the Temporary Restraining Order against Defendant Doyle Rivers (ECF No. 36 and 39) is EXTENDED through March 11, 2019 pursuant to the parties' stipulation. It is further ordered that the parties shall submit a Joint Report no later than March 11, 2019, regarding (1) the status of the inspection and (2) the parties' positions on the need for a preliminary injunction.

IT IS SO ORDERED.

Dated: March 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE