GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
JEREMY K. BEECHER (State Bar No. 301272)
Jeremy.beecher@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Plaintiff Intel Corporation

ALTO LITIGATION, PC
  Bahram Seyedin-Noor (Bar No. 203244)
  bahram@altolit.com
  Daniel Sakaguchi (Bar No. 222722)
  daniel@altolit.com
  Bryan Ketroser (Bar No. 239105)
  bryan@altolit.com
  Monica Mucchetti Eno (Bar No. 164107)
  monica@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Defendant Doyle Rivers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,,<br><br>  Defendant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**JOINT STATUS REPORT TO COURT PURSUANT TO FEBRUARY 19, 2019, FEBRUARY 26, 2019, AND MARCH 4, 2019 ORDERS**<br><br>Judge:   Hon. Morrison C. England, Jr.<br>Crtrm.:  7 |

41336451.1

JOINT STATUS REPORT

Plaintiff Intel Corporation ("Intel") filed a motion for a preliminary injunction against Defendant Doyle Rivers ("Rivers"). The Court heard oral argument on February 7, 2019 from counsel for both parties. The Court issued an order on February 19, 2019 (Docket No. 36) that contained a temporary restraining order and an order outlining in detail an inspection that the Court held Intel is entitled to do of Rivers' home computer and any smart printers connected to his home computer (the "Order"). In that Order, the Court asked the parties to submit a status report to the Court on February 21, 2019 outlining the status of the inspection and the need, if any, for a preliminary injunction. On February 21, 2019 and March 1, the parties provided joint status reports and stipulated proposed orders extending the temporary restraining order to March 1, 2019 and then to March 11, 2019. On March 4, 2019, the Court signed a stipulated proposed order that extended the temporary restraining order to March 11, 2019 and ordered the parties to provide a joint status report on that date. (Docket No. 41).

The parties now jointly submit this further status report and inform the Court that the forensic inspection of Rivers' home computer and smart printers is nearing completion. The parties need time to review the findings that they anticipate will be completed shortly and to prepare and submit a joint status report with each party's recommendation (or a joint recommendation) for next steps with respect to the injunction. Therefore, the parties request that the Court continue the temporary restraining order (Docket No. 41) one more time until March 19, 2019 to allow the parties more time to conduct the forensic inspection and prepare a joint status report with the results.

**1.     Inspection of Rivers' Computer and Associated Printers**

Rivers turned over his personal computer and several printers to Intel's forensics vendor, Stroz Friedberg, as ordered, on February 8, 2019. Since that time Stroz Friedberg has been following the protocol for first preserving the data on the computer and then running searches on the computer. The analysis by Stroz Friedberg is still not completed. As Stroz Friedberg has conducted its analysis, there has been some jointly agreed upon follow-up that has taken additional time. In addition, the parties have been proceeding under the process set forth in the Order for Rivers to be able to review search term hits for privilege and other personally sensitive

information pursuant to the protocol in the Court's order.  The parties are working cooperatively with one another and with Stroz Friedberg to complete the analysis, which the parties believe will be completed soon.

In sum, the inspection of Rivers' home computer and associated printers by Stroz Friedberg is underway, but it is not complete.  The parties jointly request additional time to complete the analysis and prepare a substantive joint status report.

**2. Temporary Restraining Order**

The Order put a temporary restraining order in place through today.  *See* Section I.  The Court ordered as follows:

> Defendant Rivers shall not possess, use, retain, keep, hold, disclose, disseminate, access, or utilize any confidential, proprietary, or trade secret Intel information or documents related to 3D XPoint or Intel's Optane branded products, including about personnel working on those products, that he acquired while working for Intel and that contain information Intel has not disclosed outside of Intel (which includes information or documents shared with others under a nondisclosure agreement protecting its confidentiality) (with "documents" including all electronic versions of documents, data, spreadsheets, or any other hard copy or electronic stored information derived from such documents or information).

The Court extended that order by stipulation of the parties on February 26, 2019 to March 1, 2019.  (Docket No. 39).  The Court extended that order by stipulation of the parties on March 4, 2019 to March 11, 2019.  (Docket No. 41).  The parties stipulate and hereby agree that the Court's temporary restraining order set forth above shall be extended again, this time until March 19, 2019, at which point Intel and Rivers will jointly submit a further update to the Court on the status of the inspection of Rivers' computer and associated printers and will provide a further update on the parties' position on the need for a preliminary injunction.  The parties separately submit a proposed order effectuating this stipulated extension of the temporary restraining order to March 19, 2019 pursuant to the parties' stipulation and requiring a further update to the Court by March 19, 2019.

| | | |
|---|---|---|
| 1 | DATED:  March 11, 2019 | Respectfully submitted, |
| 2 | | MUNGER, TOLLES & OLSON LLP |

By:  <u>  */s/ Jeremy K. Beecher*                      </u>
       JEREMY K. BEECHER
       Attorneys for Plaintiff Intel Corporation

DATED:  March 11, 2019       ALTO LITIGATION, PC

By:  <u>  */s/ Daniel Sakaguchi*                       </u>
       DANIEL SAKAGUCHI
       Attorneys for Defendant Doyle Rivers

### ECF ATTESTATION

I, Jeremy K. Beecher, am the ECF user whose account is being used to file this document. In accordance with Civil Local Rule 5-1(i)(2), I attest that concurrence in the filing of this document has been obtained from all signatories.