1  GREGORY P. STONE (State Bar No. 78329)
   gregory.stone@mto.com
2  JEREMY K. BEECHER (State Bar No. 301272)
   Jeremy.beecher@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
5  Facsimile:    (213) 687-3702

6  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
7  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
8  San Francisco, California 94105
   Telephone:    (415) 512-4000
9  Facsimile:    (415) 512-4077

10 Attorneys for Plaintiff Intel Corporation

11 ALTO LITIGATION, PC
     Bahram Seyedin-Noor (Bar No. 203244)
12   bahram@altolit.com
     Daniel Sakaguchi (Bar No. 222722)
13   daniel@altolit.com
     Bryan Ketroser (Bar No. 239105)
14   bryan@altolit.com
     Monica Mucchetti Eno (Bar No. 164107)
15   monica@altolit.com
   4 Embarcadero Center, Suite 1400
16 San Francisco, CA 94111
   Telephone: (415) 779-2586
17 Facsimile: (866) 654-7207

18 Attorneys for Defendant Doyle Rivers

19                    UNITED STATES DISTRICT COURT

20                  EASTERN DISTRICT OF CALIFORNIA

21                       SACRAMENTO DIVISION

22
   INTEL CORPORATION,                    Case No. 2:18-cv-03061-MCE-AC
23
              Plaintiff,                 **ORDER EXTENDING TEMPORARY
24                                        RESTRAINING ORDER THROUGH
        vs.                               MARCH 19, 2019**
25
   DOYLE RIVERS, an individual, and DOES 1   Judge:   Hon. Morrison C. England, Jr.
26 through 10, inclusive,                     Crtrm.:  7

27            Defendants.

28

The Court has read and considered the parties' Joint Report dated March 11, 2019. In it, the parties report that the inspection of Defendant Doyle Rivers' personal computer and printers pursuant to the Court's Temporary Restraining Order and Inspection Order (ECF No. 36) is not yet complete. The parties stipulated and agreed to extend the Court's Temporary Restraining Order (ECF No. 26) to March 1, 2019 and the Court entered that extension on February 26, 2019 (ECF No. 39). The Court entered a further extension to March 11, 2019 on March 4, 2019 (ECF No. 41). The Court understands that the parties further stipulate and agree that the Court's Temporary Restraining Order (ECF No. 36 and 39 and 41) shall remain in effect through March 19, 2019, to permit the ongoing inspection to be completed and the parties to confer regarding its results. The Court understands that the parties further agree to submit to the Court a Joint Report on that date regarding the status of the inspection and whether a preliminary injunction should issue.

In light of the parties' Joint Report and stipulation to extend the Temporary Restraining Order, and good cause appearing therefor,

**IT IS ORDERED** that the Temporary Restraining Order against Defendant Doyle Rivers (ECF No. 36 and 39) is **EXTENDED** through March 19, 2019 pursuant to the parties' stipulation;

**IT IS FURTHER ORDERED** that the parties shall submit a Joint Report no later than March 19, 2019, regarding (1) the status of the inspection and (2) the parties' positions on the need for a preliminary injunction.

IT IS SO ORDERED.

Dated: March 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING TEMPORARY RESTRAINING ORDER THROUGH MARCH 11, 2019