UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-03061-MCE-AC<br><br>**STIPULATED PRELIMINARY INJUNCTION**<br><br>Judge:　Hon. Morrison C. England<br>Date:　　n/a<br>Time:　　n/a<br>Crtrm.:　7 |

1  The Court has read and considered Plaintiff Intel Corporation's Motion for
2  Preliminary Injunction and supporting evidence, as well as the parties' March 19, 2019 Joint
3  Status Report in which the parties stipulate to the entry of this preliminary injunction.
4  In light of Intel's Motion and the parties' stipulation to the entry of a preliminary
5  injunction, Intel's Motion for Preliminary Injunction (ECF No. 10) is GRANTED as follows:
6  (a) Defendant Rivers shall not possess, use or disclose any confidential,
7  proprietary, or trade secret Intel documents related to 3D XPoint or Intel's Optane™ branded
8  products, including about personnel working on those products, that he acquired while working for
9  Intel and that contain information Intel has not disclosed outside of Intel except under a
10 nondisclosure agreement protecting its confidentiality (with "documents" including all electronic
11 versions of documents, data, spreadsheets, or any other hard copy or electronic stored
12 information); and
13 (b) Defendant Rivers shall return to Intel within 3 business days all
14 confidential, proprietary or trade secret Intel documents related to 3D XPoint or Intel's Optane™
15 branded products, including about personnel working on those products, that he acquired while
16 working for Intel and that contain information Intel has not disclosed outside of Intel except under
17 a nondisclosure agreement protecting its confidentiality.
18 The Court does not require Intel to post a bond. The preliminary injunction shall
19 be in place until there is a full and final adjudication of the merits of this litigation and entry of
20 judgment.
21 IT IS SO ORDERED.
22 Dated: March 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-
STIPULATED PRELIMINARY INJUNCTION