1  ALTO LITIGATION, PC
   Bahram Seyedin-Noor (Bar No. 203244)
2  bahram@altolit.com
   Daniel Sakaguchi (Bar No. 222722)
3  daniel@altolit.com
   Bryan Ketroser (Bar No. 239105)
4  bryan@altolit.com
   Monica Mucchetti Eno (Bar No. 164107)
5  monica@altolit.com
   4 Embarcadero Center, Suite 1400
6  San Francisco, CA 94111
   Telephone: (415) 779-2586
7  Facsimile: (866) 654-7207

8  Attorneys for Defendant Doyle Rivers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-03061-MCE-AC<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Action Filed: November 27, 2018<br><br>Trial Date: None |

NOTICE IS HEREBY GIVEN THAT, pursuant to Eastern District of California Local Rule 182(g) and subject to the approval of the court, defendant Doyle Rivers substitutes James Kachmar of Weintraub Tobin Chediak Coleman Grodin, Law Corporation, State Bar No. 216781, as counsel of record in place of attorneys Bahram Seyedin-Noor, Daniel Sakaguchi, Bryan Ketroser and Monica Mucchetti Eno (all of Alto Litigation, PC).

1 | Contact information for new counsel is as follows:

2 |     Firm Name:    Weintraub Tobin Chediak Coleman Grodin, Law Corporation

3 |     Address:    400 Capitol Mall, Floor 11, Sacramento, CA 95814

4 |     Phone No.:    (916) 558-6000

5 |     Fax No.:    (916) 446-1611

6 |     Email:    jkachmar@weintraub.com

7 | I consent to the above substitution.

8 |
9 | Date:    May 26, 2019    _____
    Doyle Rivers

10 | I consent to being substituted.

11 |
12 | Date:    May 22, 2019    /s/ Bahram Seyedin-Noor
    Bahram Seyedin-Noor
13 |     ALTO LITIGATION, PC

14 | Date:    May 22, 2019    /s/ Daniel Sakaguchi
    Daniel Sakaguchi
15 |     ALTO LITIGATION, PC

16 | Date:    May 22, 2019    /s/ Bryan Ketroser
    Bryan Ketroser
17 |     ALTO LITIGATION, PC

18 | Date:    May 22, 2019    /s/ Monica M. Eno
    Monica M. Eno
19 |     ALTO LITIGATION, PC

20 | I consent to the above substitution.

21 |
22 | Date:    May 24, 2019    _____
    James Kachmar
23 |     WEINTRAUB TOBIN CHEDIAK COLEMAN
    GRODIN, LAW CORPORATION

24 |
25 |
26 |
27 |
28 |

{2663672.DOCX;}

The substitution of attorney is hereby APPROVED AND SO ORDERED.

Dated: _____, 2019

By: _____
Hon. Morrison C. England, Jr.