UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-03061-MCE-AC<br><br>**Order Granting Intel Corporation's Motion for Leave to File First Amended Complaint**<br><br>Judge:  Hon. Morrison C. England, Jr.<br>Date:   June 13, 2019<br>Time:  2:00 p.m.<br>Crtrm.: 7 |

The Court having read and considered Plaintiff Intel Corporation's unopposed Motion for Leave to File First Amended Complaint and the Memorandum of Points and Authorities and attached exhibits in support thereof, hereby GRANTS Intel's Motion for Leave to File a First Amended Complaint. Not later than five (5) days following the date this Order is electronically filed, Intel may file that amended document.

///

///

1 | Because a superseding pleading will be filed, Defendant's pending Motion to Dismiss (ECF No.
2 | 18) is DENIED as moot.
3 |     IT IS SO ORDERED.
4 | DATED: June 6, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE