GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
JEREMY K. BEECHER (State Bar No. 301272)
Jeremy.beecher@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>               Plaintiff,<br><br>       vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>               Defendant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**Notice of Motion and Motion to Compel Discovery from Non-Party Micron Technology, Inc.**<br><br>Judge:   Hon. Allison Claire<br>Date:    August 21, 2019<br>Time:    10:00 a.m.<br>Crtrm.:  26 |

**TO MICRON TECHNOLOGY, INC. AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 21, 2019, at 10:00 a.m., or as soon thereafter as the matter can be heard by the above-entitled Court located at 501 I Street, Sacramento, CA 95814, in Courtroom 26, Plaintiff Intel Corporation will and hereby does move the Court for an order compelling Non-Party Micron Technology, Inc. to respond adequately to Requests for

42517490.1

Motion to Compel Discovery Responses from Non-party Micron Technology, Inc.

Document Production Nos. 5, 6, 9, 11 and 12 of Intel's subpoena to Micron and to conduct a diligent search for documents responsive to Intel's subpoena.

Specifically, Intel asks the Court to enter an order compelling Micron to respond to Requests for Document Production No. 5, 6, 9, 11 and 12 because those Requests are reasonably calculated to lead to the discovery of admissible evidence, are not overbroad, unnecessary or unduly burdensome, and, as to Request for Document Production No. 9, are not barred by California law.

Intel further asks the Court to enter an order compelling Micron to conduct a diligent search for documents responsive to Intel's subpoena by (1) searching *all* likely sources of relevant information, including the hard drive of Rivers' Micron-issued laptop as well as any shared hard drives, networks and servers to which Rivers had access while employed at Micron and (2) conducting searches of custodians other than Rivers who are likely to possess relevant information. These steps, which Micron so far will not agree to undertake, are essential components of a diligent search for information responsive to Intel's subpoena and impose no undue burden or cost on Micron, particularly in light of Intel's need for such discovery and Micron's exclusive access to it.

This Motion is based upon this Notice of Motion, on the Joint Statement Regarding Discovery Disagreement to be filed timely before the hearing date, on any declarations and exhibits attached thereto, on the papers and pleadings on file herein, and on such oral and documentary evidence as may be presented to the Court at the time of the hearing of the Motion or otherwise.

DATED: July 19, 2019                    MUNGER, TOLLES & OLSON LLP

By: ___/s/ Carolyn Hoecker Luedtke___
CAROLYN HOECKER LUEDTKE
Attorneys for Plaintiff Intel Corporation