UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,,<br><br>    Defendant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**[Proposed] Order Granting Stipulation to Increase Page Limits as to Joint Statement re Discovery Disagreement**<br><br>Judge:  Hon. Allison Claire<br>Date:   September 11, 2019<br>Time:  10:00 a.m.<br>Crtrm.: 26 |

    The Court having read and considered the parties' stipulation and good cause appearing therefor,

    **ORDERS** that the Joint Statement re Discovery Disagreement to be filed by Intel Corporation and Micron Technology, Inc. shall be no more than 40 pages.

    **IT IS SO ORDERED.**

DATED: September 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

42357647.1