GREGORY P. STONE (State Bar No. 78329)
JEREMY K. BEECHER (State Bar No. 301272)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>   Plaintiff and Counter-defendant,<br><br> vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>   Defendants and Counter-claimant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**INTEL CORPORATION'S NOTICE OF WITHDRAWAL OF NOTICE OF MOTION TO COMPEL RE: DEFENDANT DOYLE RIVERS, DOCKET NO. 63**<br><br>Judge: Hon. Allison Claire<br>Date: September 11, 2019<br>Time: 10:00 a.m.<br>Crtrm.: 26<br><br>Trial Date: None Set<br>Action Filed: November 27, 2018 |

42820988.1

INTEL CORPORATION'S WITHDRAWAL OF MOTION TO COMPEL, DOCKET NO. 63

**TO DEFENDANT DOYLE RIVERS AND HIS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Intel Corporation hereby withdraws its amended notice of a motion compel regarding Defendant Doyle Rivers to be set for hearing on September 11, 2019, filed as Docket No. 63.

DATED:  September 5, 2019                    MUNGER, TOLLES & OLSON LLP


                                             By:     */s/ Carolyn Hoecker Luedtke*
                                                 CAROLYN HOECKER LUEDTKE
                                                 Attorneys for Plaintiff Intel Corporation