1  GREGORY P. STONE (State Bar No. 78329)
   JEREMY K. BEECHER (State Bar No. 301272)
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
4  Facsimile:   (213) 687-3702

5  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, Twenty-Seventh Floor
   San Francisco, California 94105
7  Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
8
   Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　Plaintiff and Counter-defendant,<br><br>　　vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants and Counter-claimant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**INTEL CORPORATION'S MOTION TO DISMISS COUNTERCLAIM**<br><br>Filed Concurrently with Memorandum in Support<br><br>Judge:　Hon. Morrison C. England, Jr.<br>Date:　October 31, 2019<br>Time:　2:00 p.m.<br>Crtrm.:　7<br><br>Trial Date: None Set<br>Action Filed: November 27, 2018 |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 31, 2019, at 2:00 p.m., or as soon thereafter as the matter can be heard by the above-entitled Court located at 501 I Street, Sacramento, CA 95814, in Courtroom 7, Plaintiff Intel Corporation will and hereby does move the

---

INTEL CORPORATION'S MOTION TO DISMISS COUNTERCLAIM

Court to dismiss the Counterclaim of Defendant Doyle Rivers pursuant to Federal Rule of Civil Procedure 12(b)(6).

For the reasons set out in the attached memorandum of points and authorities, Rivers' counterclaim under California's Unfair Competition Law counterclaim must be dismissed because Rivers has not alleged facts sufficient to demonstrate standing to assert a UCL claim, and because Rivers has not alleged facts demonstrating his entitlement to injunctive relief, which is the only remedy he seeks in connection with his UCL claim. Furthermore, Rivers' counterclaim for declaratory relief under the California Code of Civil Procedure must be dismissed because Rivers fails to allege facts showing that an "actual controversy" exists between the parties and, indeed, no such controversy exists, given that Intel has dismissed from this lawsuit its claim against Rivers for breach of his non-solicitation provision. Because Rivers can allege no facts which, if true, would plausibly entitle him to relief under the UCL or to declaratory relief, these counterclaims must be dismissed with prejudice.

This Motion is based upon this Notice of Motion, on the Memorandum of Points and Authorities in support of this Motion filed herewith, on the papers and pleadings on file herein, and on such oral and documentary evidence as may be presented to the Court at the time of the hearing of the Motion or otherwise.

DATED: September 27, 2019        MUNGER, TOLLES & OLSON LLP


By: ___*/s/ Carolyn Hoecker Luedtke*___
CAROLYN HOECKER LUEDTKE
Attorneys for Plaintiff Intel Corporation