1  GREGORY P. STONE (State Bar No. 78329)
   gregory.stone@mto.com
2  JEREMY K. BEECHER (State Bar No. 301272)
   Jeremy.beecher@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
5  Facsimile:     (213) 687-3702

6  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
7  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
8  San Francisco, California 94105
   Telephone:     (415) 512-4000
9  Facsimile:     (415) 512-4077

10 Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>           Plaintiff,<br><br>     vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>           Defendant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**Notice of Motion and Motion to Compel Discovery from Third Party Micron Technology, Inc.**<br><br>Judge:   Hon. Allison Claire<br>Date:    November 13, 2019<br>Time:    10:00 a.m.<br>Crtrm.:  26 |

**TO THIRD PARTY MICRON TECHNOLOGY, INC. AND HIS ATTORNEYS OF RECORD AS WELL AS TO INTERESTED PARTIES DEFENDANT DOYLE RIVERS AND THIRD PARTY NEVIL GAJERA:**

PLEASE TAKE NOTICE that on November 13, 2019, at 10:00 a.m., or as soon thereafter as the matter can be heard by the above-entitled Court located at 501 I Street, Sacramento, CA 95814, in Courtroom 26, Plaintiff Intel Corporation will and hereby does move the Court for an order compelling Third Party Micron Technologies, Inc. ("Micron") to respond adequately to Intel's document subpoena on Micron.

There are three issues that are the subject of Intel's motion to compel.

First, Intel seeks to compel Micron to produce documents Intel contends it had incorrectly withheld in response to a third party subpoena by designating the documents as privileged. The documents at issue are all emails between Nevil Gajera and Doyle Rivers (both non-lawyers) that allegedly contain privileged communication from Micron's in-house counsel Dave Westergard.

Second, Intel seeks to compel Micron to produce documents it has withheld in response to a third party subpoena that Mr. Rivers and Mr. Gajera's individual lawyers claim are communications between Mr. Rivers and Mr. Gajera that allegedly contain privileged communications from Alto Litigation (counsel to Mr. Rivers and/or Mr. Gajera).

Third, Intel seeks to compel Micron to produce two documents it has withheld in response to a third party subpoena that Mr. Rivers' counsel claims Mr. Rivers' allegedly privileged communications with Faith Dixon, an alleged attorney from Louisiana who is allegedly licensed to practice in Florida.

Intel asks that the documents be ordered produced or, in the alternative, produce for in camera review and/or produced in redacted form.

1  This Motion is based upon this Notice of Motion, on the Joint Statement Regarding
2  Discovery Disagreement to be filed timely before the hearing date, on any declarations and
3  exhibits attached thereto, on the papers and pleadings on file herein, and on such oral and
4  documentary evidence as may be presented to the Court at the time of the hearing of the Motion or
5  otherwise.

7  DATED: October 16, 2019                MUNGER, TOLLES & OLSON LLP

                                          By:    /s/ Carolyn Hoecker Luedtke
                                                 CAROLYN HOECKER LUEDTKE
                                          Attorneys for Plaintiff Intel Corporation