1  GREGORY P. STONE (State Bar No. 78329)
   JEREMY K. BEECHER (State Bar No. 301272)
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
4  Facsimile:   (213) 687-3702

5  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, Twenty-Seventh Floor
   San Francisco, California 94105
7  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077

8  Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>   Plaintiff and Counter-defendant,<br><br>   vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,<br><br>   Defendants and Counter-claimant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**INTEL CORPORATION'S MOTION TO WITHDRAW MOTION TO COMPEL DISCOVERY FROM THIRD PARTY MICRON TECHNOLOGIES (DOCKET NO. 80)**<br><br>Judge:   Hon. Allison Claire<br>Date:    November 13, 2019<br>Time:    10:00 a.m.<br>Crtrm.:   26<br><br>Trial Date: None Set<br>Action Filed: November 27, 2018 |

**TO DEFENDANT DOYLE RIVERS AND HIS ATTORNEY OF RECORD AND TO NON-PARTY MICRON TECHNOLOGIES AND ITS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Intel Corporation hereby moves to withdraw its notice of a motion compel regarding Micron Technologies' privilege log that was previously set for hearing on November 13, 2019, filed as Docket No. 80.

DATED: November 6, 2019         MUNGER, TOLLES & OLSON LLP


By: _____*/s/ Carolyn Hoecker Luedtke*_____
    CAROLYN HOECKER LUEDTKE
    Attorneys for Plaintiff Intel Corporation