GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
JEREMY K. BEECHER (State Bar No. 301272)
Jeremy.beecher@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>       Plaintiff,<br><br>   vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,,<br><br>       Defendant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Judge:    Hon. Morrison C. England, Jr. |

1   Plaintiff Intel Corporation ("Intel") respectfully wishes to notify the Court that Intel and
2   Defendant Doyle Rivers ("Rivers") have reached a conditional settlement in this matter.  Once
3   certain conditions are satisfied, which should be complete within a week, Intel will file a notice of
4   dismissal.  Until then, the parties wished to notify the Court as soon as possible of the conditional
5   settlement so that it did not unnecessarily expend resources on the pending motion to dismiss
6   Defendant's Counterclaims or any other work related to this matter.

7

8   DATED:  December 30, 2019            MUNGER, TOLLES & OLSON LLP

9

10                                       By:    */s/ Carolyn Hoecker Luedtke*
11                                              CAROLYN HOECKER LUEDTKE
                                                Attorneys for Plaintiff Intel Corporation
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28