| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | GREGORY P. STONE (State Bar No. 78329)<br>gregory.stone@mto.com<br>JEREMY K. BEECHER (State Bar No. 301272)<br>Jeremy.beecher@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone:   (213) 683-9100<br>Facsimile:   (213) 687-3702 |
| 6<br>7<br>8<br>9 | CAROLYN HOECKER LUEDTKE (State Bar No. 207976)<br>carolyn.luedtke@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105<br>Telephone:   (415) 512-4000<br>Facsimile:   (415) 512-4077 |
| 10 | Attorneys for Plaintiff Intel Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>DOYLE RIVERS, an individual, and DOES 1 through 10, inclusive,,<br><br>            Defendant. | Case No. 2:18-cv-03061-MCE-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER DISMISSING CASE** |

The parties have resolved their dispute and jointly stipulate to the entry of an order dismissing this action with prejudice. The parties agree that each will bear its own attorneys' fees and expenses. As part of the settlement, Defendant Doyle Rivers has provided a certification that he is currently not in possession of Intel confidential information, that he has not used or disclosed Intel confidential information, and that he will not in the future use or disclose Intel confidential information.  The parties have agreed that if it is later

discovered that this certification is untrue, or if he violates it in the future, that this Court shall retain jurisdiction over that dispute and the agreed upon remedies provided for in the Settlement Agreement. The parties therefore request that this Court retain jurisdiction to enforce the Settlement Agreement between the parties.

DATED: January 7, 2020

By: */s/ James Kachmar*
JAMES KACHMAR
WEINTRAUB TOBIN
Attorney for Defendant Doyle Rivers

By: */s/ Carolyn Hoecker Luedtke*
CAROLYN HOECKER LUEDTKE
MUNGER, TOLLES & OLSON LLP
Attorneys for Intel Corporation

**ECF ATTENTATION**

I, Carolyn Hoecker Luedtke, am the ECF user whose account is being used to file this document. In accordance with Civil Local Rule 5-1(i)(2), I attest that concurrence in the filing of this document has been obtained from all signatories.

**ORDER OF DISMISSAL**

Pursuant to stipulation of the parties, the Court dismisses this action with prejudice. Each party will bear its own attorneys' fees and expenses. Pursuant to the settlement agreement, Defendant Doyle Rivers has provided a certification and the parties have agreed that if he violates the certification, they will file a stipulated joint motion with this Court to enter an agreed upon permanent injunction. As such, this Court will retain jurisdiction to enforce the Settlement Agreement between the parties as well as impose the agreed upon remedies for any violations of the confidentiality certification provided for in the Settlement Agreement.

IT IS SO ORDERED.

Dated: January 10, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE